1  MICHELLE B. HEVERLY, Bar No. 178660
   E-Mail:  mheverly@littler.com
2  TODD K. BOYER, Bar No. 203132
   E-Mail:  tboyer@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  50 West San Fernando Street, 14th Floor
   San Jose, CA  95113.2303
5  Telephone:   408.998.4150
   Facsimile:    408.288.5686
6
   Attorneys for Defendant
7  LOCKHEED MARTIN CORPORATION, erroneously
   sued as LOCKHEED MARTIN MISSILE AND SPACE
8
   FRANK E. MAYO, Bar No. 42972
9  E-Mail:  fmayolaw@aol.com
   LAW OFFICES OF FRANK MAYO
10 480 San Antonio Road, Suite 230
   Mountain View, CA 94040
11 Telephone:   650. 964.8901
   Facsimile:    650.964-7293
12
   Attorneys for Plaintiff
13 KAREN KAMFOLT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAREN KAMFOLT, | Case No. C 07-00885 JW |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE EXPERT DESIGNATION DEADLINE** |
| v. | |
| LOCKHEED MARTIN MISSILE AND SPACE, A California Corporation, and DOES 1-50, inclusive, | |
| Defendants. | |

## I.    INTRODUCTION

Pursuant to Northern District Local Rule 16-2, the parties hereby stipulate to continue the expert designation deadline and request relief from the expert designation deadline as specified in the Case Management Order.  The parties stipulate to a continuance of the expert designation

FIRMWIDE:83285291.1 051770.1002    1.    Case No. C 07-00885 JW
**JOINT STIPULATION TO CONTINUE EXPERT DESIGNATION DEADLINE**

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
408.998.4150

deadline for the following reasons:

1. The parties seek to continue the deadline for designation of expert witnesses, which is currently set for October 15, 2007. The parties are still engaged in discovery and disclosure of expert witnesses at this point in the litigation is premature. Discovery in this matter is set to close on December 17, 2007.

2. The parties seek this continuance of the expert designation on the grounds that additional discovery needs to be completed in order to determine which experts the parties will need to support their respective cases and it is too early in the litigation to designate experts at this time.

3. The parties are only seeking to continue the expert designation date, and not seeking continuance of any other dates or deadlines contained in the Court's Case Management Order.

## II. STIPULATION

Accordingly, the parties hereby stipulate to continue the expert designation date as set forth in the Case Management Order from October 15, 2007 to November 5, 2007.

So stipulated.

Dated: October 15, 2007

/s/ *Frank E. Mayo*
FRANK E. MAYO
LAW OFFICES OF FRANK MAYO
Attorneys for Plaintiff
KAREN KAMFOLT

Dated: October 15, 2007

/s/ *Michelle B. Heverly*
MICHELLE B. HEVERLY
TODD K. BOYER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

FIRMWIDE:83285291.1 051770.1002    2.    Case No. C 07-00885 JW
**JOINT STIPULATION TO CONTINUE EXPERT DESIGNATION DEADLINE**

**ORDER**

Good cause appearing, the Court grants the parties' request and continues the deadline for designation of experts in this matter from October 15, 2007 to November 5, 2007. Further requests for continuance shall address all other scheduling deadlines.

Date: October 19, 2007

_____
HONORABLE JAMES WARE
United States District Judge

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

FIRMWIDE:83285291.1 051770.1002      3.      Case No. C 07-00885 JW
**JOINT STIPULATION TO CONTINUE EXPERT DESIGNATION DEADLINE**

# DECLARATION OF COUNSEL REGARDING SIGNATORIES' CONCURRENCE WITH THE ELECTRONIC FILING OF THIS DOCUMENT

I, Michelle B. Heverly, hereby declare and state as follows:

1. I am an attorney licensed to practice in the courts of the State of California and the U.S. District Court for the Northern District of California. I am a shareholder in the law firm of Littler Mendelson, A Professional Corporation, and counsel of record for Defendant Lockheed Martin Corporation.

2. In accordance with U.S. District Court for the Northern District of California, General Order No. 45, I possess an original or reproduced copy of the signatures of all of the signatories to this document listed above, and will maintain the signatures on file for production to the Court, if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I hereby declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this Declaration was executed on October 15, 2007, at San Jose, California.

                                                /s/ *Michelle B. Heverly*
                                                MICHELLE B. HEVERLY

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

FIRMWIDE:83285291.1 051770.1002    4.    Case No. C 07-00885 JW
**JOINT STIPULATION TO CONTINUE EXPERT DESIGNATION DEADLINE**