MICHELLE B. HEVERLY, Bar No. 178660
E-Mail: mheverly@littler.com
TODD K. BOYER, Bar No. 203132
E-Mail: tboyer@littler.com
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 14th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150
Facsimile: 408.288.5686

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION, erroneously
sued as LOCKHEED MARTIN MISSILE AND SPACE

FRANK E. MAYO, Bar No. 42972
E-Mail: fmayolaw@aol.com
LAW OFFICES OF FRANK MAYO
480 San Antonio Road, Suite 230
Mountain View, CA 94040
Telephone: 650. 964.8901
Facsimile: 650.964-7293

Attorneys for Plaintiff
KAREN KAMFOLT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAREN KAMFOLT,<br><br>Plaintiff,<br><br>v.<br><br>LOCKHEED MARTIN MISSILE AND SPACE, A California Corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. C 07-00885 JW<br><br>ORDER ON<br>**JOINT STIPULATION TO CONTINUE DEADLINE FOR DEFENDANT'S MOTION TO COMPEL** |

**I.      INTRODUCTION**

Pursuant to Northern District Local Rule 16-2, the parties hereby stipulate to continue the deadline for Defendant's motion to compel Plaintiff's Responses to Defendant's Request for Production Set One, and Set Two, and Defendant's Interrogatories, Set One and Set Two, which

under Northern District Local Rule 26-2 is currently required to be filed from December 27, 2007 to January 7, 2008. The parties stipulate to a continuance of the motion to compel deadline for the following reasons:

1. Discovery in this matter closed on December 17, 2007, per the Court's Case Management Order. Plaintiff has not yet responded to Defendant's Request for Production of Documents, Set One and Set Two, and Defendant's Interrogatories, Set One and Set Two, the responses to which were all due before December 17, 2007. Plaintiff promises to provide responses to all of Defendant's outstanding discovery requests by December 28, 2007.

2. The parties seek the continuance of the date by which Defendant must file its motion to compel on the grounds that Plaintiff has promised to provide responses to Defendant's discovery requests by December 28, 2007, which is one day after the date that Defendant must file its motion to compel under Northern District Local Rule 26-2 given the December 17, 2007, discovery cut-off. Thus, continuing the deadline by which Defendant must file its motion to compel may alleviate the need for Defendant to file a motion to compel provided Plaintiff provides responses to Defendant's discovery requests.

3. The parties are only seeking to continue the date to file Defendant's motion to compel, and not seeking continuance of any other dates or deadlines contained in the Court's Case Management Order.

## II. STIPULATION

Accordingly, the parties hereby stipulate to continue the deadline for Defendant to file a motion to compel Plaintiff's responses to Defendant's Requests for Production, Set One and Set Two, and Interrogatories, Set One and Set Two, from December 27, 2007, to January 7, 2008.

So stipulated.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

FIRMWIDE:83899357.1 051770.1002   2.   Case No. C 07-00885 JW
**JOINT STIPULATION TO CONTINUE DEADLINE FOR DEFENDANT'S MOTION TO COMPEL**

Dated: December 21, 2007

                                /s/ *Frank E. Mayo*
                                FRANK E. MAYO
                                LAW OFFICES OF FRANK MAYO
                                Attorneys for Plaintiff
                                KAREN KAMFOLT

Dated: December 21, 2007

                                /s/ *Todd K. Boyer*
                                TODD K. BOYER
                                LITTLER MENDELSON
                                A Professional Corporation
                                Attorneys for Defendant
                                LOCKHEED MARTIN CORPORATION

**ORDER**

Good cause appearing, the Court grants the parties' request and continues the deadline for Defendant to file a motion to compel Plaintiff's responses to Defendant's Requests for Production, Set One and Set Two and Interrogatories, Set One and Set Two, in this matter from December 27, 2007 to January 7, 2007.

12/21/07

                                HONORABLE JAMES WARE
                                United States District Judge
                                Magistrate