1  MICHELLE B. HEVERLY, Bar No. 178660
   E-Mail: mheverly@littler.com
2  TODD K. BOYER, Bar No. 203132
   E-Mail: tboyer@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  50 West San Fernando Street, 15th Floor
   San Jose, CA  95113.2303
5  Telephone:    408.998.4150
   Facsimile:    408.288.5686
6
   Attorneys for Defendant
7  LOCKHEED MARTIN CORPORATION



GRANTED
*Judge James Ware*
4/25/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAREN KAMFOLT,<br><br>    Plaintiff,<br><br>    v.<br><br>LOCKHEED MARTIN MISSILE AND SPACE, A California Corporation, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.  C 07-00885 JW<br><br>**STIPULATED DISMISSAL OF ACTION WITH PREJUDICE AND [~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA  95113.2303
408.998.4150

STIPULATED DISMISSAL
(NO.  C 07-00885 JW)

1  WHEREAS the parties to this action have fully and finally resolved all issues set
2  forth in this case. IT IS HEREBY STIPULATED by and between the parties to this action that the
3  above-captioned action be and hereby is dismissed <u>with prejudice</u> as to all Defendants pursuant to
4  Fed. R. C. P. 41(a)(1). IT IS FURTHER STIPULATED by and between the parties that each party
5  shall bear their own attorneys' fees and costs of suit.

7  DATED: April 23 2008

                                                    FRANK MAYO
8                                                      Attorneys for Plaintiff
                                                    KAREN KAMFOLT

10 DATED: April 23 2008

                                                    TODD K. BOYER
11                                                    LITTLER MENDELSON, P.C.
                                                   Attorneys for Defendant
12                                                    LOCKHEED MARTIN
                                                   CORPORATION

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON
A Professional Corporation

STIPULATED DISMISSAL                                                           1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAREN KAMFOLT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LOCKHEED MARTIN MISSILE AND SPACE, A California Corporation, and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. C 07-00885 JW<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

**ORDER**

In consideration of the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED as follows: THE ABOVE CAPTIONED ACTION IS HEREBY DISMISSED WITH PREJUDICE IN ITS ENTIRETY.

The Court terminates all pending motions, hearings and deadlines. The Clerk shall close this file.

DATED: April 25, 2008

_____
Hon. James Ware
United States District Judge

Firmwide:84919192.1 051770.1002

ORDER DISMISSING CASE WITH PREJUDICE (NO. C 07-00885 JW)　　　2.

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA 95113 2303
408 998.4150